UNITED STATES of America, Plaintiff–Appellee,

v.

Luz Marina **CASTRILLON–LOPEZ**, a.k.a. Luz Marina Castrillon de Marin, a.k.a. Luz Marina de Fatima Castrillon–Lopez de Marin, Defendant–Appellant.

No. 10–12920

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 29, 2011.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, Lorraine E. Tashman, U.S.

Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Maria Elena Perez, Maria E. Perez, PA, Coral Gables, FL, for Defendant–Appellant.

Luz Marina Castrillon–Lopez, Tallahassee, FL, pro se.

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Maria Elena Perez, appointed counsel for Luz Marina Castrillon–Lopez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Castrillon–Lopez's conviction and sentence are **AFFIRMED.**